FILED

2022 DEC 13 PM 4:19

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:22-cr-208-CEM-LHP

18 U.S.C. § 641

ELEAZAR RODRIGUEZ

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about May 22, 2019, in the Middle District of Florida, the defendant,

ELEAZAR RODRIGUEZ,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use money of the United States and U.S. Citizenship and Immigration Services, a department and agency of the United States, that is, U.S. currency in the amount of $575, with intent to deprive the United States and U.S. Citizenship and Immigration Services of the use and benefit of the money.

In violation of 18 U.S.C. § 641.

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture in the amount of $575, which represents the proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney

By: *[signature]*
Michael Felicetta
Assistant United States Attorney
Chief, Orlando Division